# Plaintiff's Certification

I, Dan Schlapkohl, certify that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the security that is the subject of the complaint during the class period specified in the complaint are as follows:

I bought 5 shares on 03/27/2015 at $6.40
I bought 11 shares on 03/27/2015 at $6.50
I bought 39 shares on 03/27/2015 at $6.50
I bought 50 shares on 03/27/2015 at $6.28
I bought 20 shares on 03/27/2015 at $6.80
I bought 20 shares on 03/30/2015 at $7.51
I bought 25 shares on 03/30/2015 at $7.53
I bought 30 shares on 06/22/2015 at $10.20
I bought 20 shares on 06/29/2015 at $9.00
I bought 30 shares on 07/24/2015 at $11.80
I sold 16 shares on 09/09/2015 at $0.05
I sold 234 shares on 11/21/2015 at $0.00

5. Plaintiff has not sought to serve, or served, as a representative party on behalf of a class under this title during the 3-year period preceding the date on which this certification is signed, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/22/2016

*Dan Schlapkohl* (signature)

Street Address: REDACTED
REDACTED

Phone: REDACTED   Email: REDACTED

Suggestions | Customer Service | Find a Branch | Log Off

Accounts | Research | Retirement | Trade | Symbol | US | Search

DOW — | NASDAQ — | S&P500 —

Alerts | Move Money | New Account

↻ Last refresh March 22, 2016 10:45 AM ET

## Portfolios: Gains & Losses

Portfolios | Orders | Transaction History | Balances | Help

 **IMPORTANT TAX INFORMATION:** In response to Cost Basis Reporting requirements that went into effect on January 1, 2011, E*TRADE is now reporting the Cost Basis of **Covered and Non-Covered Securities** sold in your **taxable accounts** on IRS Form 1099-B; only **Covered Securities** will be reported to the IRS. Preview your current year tax lots or review the last two years tax lots on our **Taxable Gains & Losses** page.

Portfolios | Performance & Value | Margin | Gains & Losses | Risk Analyzer | Portfolio Analyzer | Income Estimator

Realized Gains/Losses | Taxable Gains/Losses | Unrealized Gains/Losses | Taxable Gains/Losses Downloads

Account: REDACTED  
Date Closed: 01/01/2015 - 12/31/2015 (mm/dd/yyyy)  
Tax Year: 2015  
Underlying Symbol: TTPH (ie. IBM, SPY)  
Security Type: Options  
Term: All  
Result Per Page: 20  [SUBMIT]  
🖨 Printer-friendly   ⬇ Download

Total LT Gain/(Loss): $0 | Total ST Gain/(Loss): $(198,771) | Total Comm/Fees: $305.98

Positions:   # - Lot edited by firm   + - Lot edited by customer

| Symbol | Quantity | Opening Transaction Date | Price | Net Amount | Order | Closing Transaction Date | Price | Net Amount | Gain (Loss) | Term | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TTPH Nov 20 '15 $40 Call | 5 | 03/27/2015 | 6.40 | 3,213.9 | S | 09/09/2015 | 0.05 | 17.98 | (3,196) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 11 | 03/27/2015 | 6.50 | 7,160.7 | S | 09/09/2015 | 0.05 | 39.56 | (7,121) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 39 | 03/27/2015 | 6.50 | 25,387.9 | OX | 11/21/2015 | 0.00 | 0.00 | (25,388) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 50 | 03/27/2015 | 6.28 | 31,448.6 | OX | 11/21/2015 | 0.00 | 0.00 | (31,449) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 20 | 03/27/2015 | 6.80 | 13,625.4 | OX | 11/21/2015 | 0.00 | 0.00 | (13,625) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 20 | 03/30/2015 | 7.51 | 15,045.4 | OX | 11/21/2015 | 0.00 | 0.00 | (15,045) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 25 | 03/30/2015 | 7.53 | 18,854.3 | OX | 11/21/2015 | 0.00 | 0.00 | (18,854) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 30 | 06/22/2015 | 10.20 | 30,633.3 | OX | 11/21/2015 | 0.00 | 0.00 | (30,633) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 20 | 06/29/2015 | 9.00 | 18,025.5 | OX | 11/21/2015 | 0.00 | 0.00 | (18,026) | Short | Edit |
| TTPH Nov 20 '15 $40 Call | 30 | 07/24/2015 | 11.80 | 35,433.3 | OX | 11/21/2015 | 0.00 | 0.00 | (35,433) | Short | Edit |

These are not official tax records. They should be used only as a tool to assist you with your financial management. E*TRADE makes no warranties with respect to, and specifically disclaims any liability arising out of your use of or any tax position taken in reliance upon such information. E*TRADE provided cost basis, gains or losses and holding periods are estimates and may not reflect all adjustments necessary for your own tax reporting purposes. You should verify such information against your own records when calculating a reportable gain or loss resulting from a sale, redemption or exchange. Consult your tax advisor for further information.

**LEGEND**

Cost Basis Info:  🅒 Delivered Contrafirm   🅒 Subsequential Contrafirm Correction

Closing Order:  
S = Sell  
BC = Buy to Cover  

Sell Closing Order:  
Opening Net Amount = Quantity (Price) + Commission + Fees  
Closing Net Amount = Quantity (Price) - Commission - Fees  

Buy To Cover Closing Order:  
Opening Net Amount = Quantity (Price) - Commission - Fees  
Closing Net Amount = Quantity (Price) + Commission + Fees

 E*TRADE COMPLETE™ PROTECTION GUARANTEE    SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org.    Comodo SECURE

PLEASE READ THE IMPORTANT DISCLOSURES BELOW