**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER<br><br>  Defendants. | Case No. 1:16-cv-10133-LTS<br><br><br><br>**ORAL ARGUMENT REQUESTED** |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER<br><br>  Defendants. | Case No. 1:16-cv-10577-LTS<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF PLYMOUTH COUNTY RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SCOTT+SCOTT LLP AS LEAD COUNSEL**

Pursuant to 28 U.S.C. §1746, I, Joseph P. Guglielmo, declare as follows:

1. I am a partner with the law firm of Scott+Scott, Attorneys at Law, LLP. I make this declaration in support of Lead Plaintiff movant, and putative Class member, Plymouth County Retirement System's ("Plymouth") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could, and would, competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

> Exhibit A: Notice of pendency of class action published on *Globe Newswire*, a national business-oriented wire service, on January 28, 2016;
>
> Exhibit B: Plymouth's Certification;
>
> Exhibit C: Plymouth's Loss Chart; and
>
> Exhibit D: Firm résumé of Scott+Scott, Attorneys at Law, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March, 2016 at New York, New York.

> Respectfully submitted,
> **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
>
> */s/ Joseph P. Guglielmo*
> Joseph P. Guglielmo (BBO #671410)
> The Chrysler Building
> 405 Lexington Avenue, 40th Floor
> New York, NY 10174
> Telephone: (212) 223-6444
> Facsimile: (212) 223-6334
> jguglielmo@scott-scott.com
>
> *Counsel for Proposed Lead Plaintiff Plymouth County Retirement System and Proposed Lead Counsel for the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed on March 28, 2016.

    */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com