# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:16-cv-10133-LTS |
| Plaintiff, | ) ) | Hon. Leo T. Sorokin |
| v. | ) ) | |
| TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ——————————————— | ) ) | |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:16-cv-10577-LTS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ——————————————— | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, THOMAS J. McKENNA, hereby certify that, pursuant to Local Rule 7.1(a), I have conferred with counsel in good faith for the following movants in the above-captioned related actions regarding their respective motions for appointment as lead plaintiff and lead counsel and the related motion of our client Daryll Handell for: (1) Consolidation of All Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval Of His Selection Gainey McKenna & Egleston As Lead Counsel (ECF No. 7) (the "Appointment Motion"):

- Dan Shlapkohl and Gustavo Rivera De La Fuente (1:16-cv-10133-LTS, Docket No. 12; 1:16-cv-10577-LTS, Docket No. 4);

- Plymouth County Retirement System (1:16-cv-10133-LTS, Docket No. 17; 1:16-cv-10577-LTS, Docket No. 9);

- Massachusetts Water Resources Authority Employees' Retirement Board (1:16-cv-10133-LTS,  Docket No. 20);

- Newvana Ventures Limited (1:16-cv-10133-LTS, Docket No. 23)

Counsel for Massachusetts Water Resources Authority Employees' Retirement Board indicated that it did not intend to oppose the competing motions for appointment as Lead Plaintiff.

Counsel for Messrs. Shlapkohl and Rivera De La Fuente, Plymouth County Retirement System and Newvana Ventures Limited have each indicated that they intend to oppose Movant Handell's Appointment Motion.  As such, Movant Handell intends to oppose the competing motions for appointment of each of these movants.

Dated: April 11, 2016

Respectfully submitted,

/s/ Christopher A. Duggan
Christopher A. Duggan (BBO No. 544150)
99 Summer Street
Suite 1530
Boston, MA  02110-1248
(617) 228-4444
Email: Chris.Duggan@SmithDuggan.com

**_Proposed Liaison Counsel for the Class_**

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**_Proposed Lead Counsel for the Class_**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically this day to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

/s/ Christopher A. Duggan
Christopher A. Duggan (BBO No. 544150)