**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------------------------X

JOSEPH HARRINGTON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

  TETRAPHASE PHARMACEUTICALS INC.,
  GUY MACDONALD, JOHN CRAIG
  THOMPSON, and DAVID LUBNER,

      Defendants.

---------------------------------------------------------------------------X
---------------------------------------------------------------------------X

DAN SCHLAPKOHL, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

TETRAPHASE PHARMACEUTICALS
INC., GUY MACDONALD, JOHN CRAIG
THOMPSON, and DAVID LUBNER,

      Defendants.

---------------------------------------------------------------------------X

**CASE No.: 1:16-cv-10133-LTS**

**NOTICE OF NON OPPOSITION TO LEAD PLAINTIFF MOTION OF PLYMOUTH COUNTY RETIREMENT SYSTEM**

**CLASS ACTION**

**CASE No.: 1:16-cv-10577-LTS**

**CLASS ACTION**

     Plaintiffs Dan Schlapkohl and Gustavo Rivera De La Fuente ("Schlapkohl and De La Fuente"), having reviewed the competing lead plaintiff motions, do not appear to have the largest financial interest. Given Newvana Venture Limited's atypical trading pattern, potential questions about its standing, and its failure to timely submit an accurate PSLRA certification, Schlapkohl and De La Fuente support the lead plaintiff motion of Plymouth County Retirement System ("PCRS")—a large institutional investor with a substantial financial interest in the

outcome of this case.  Therefore, Schlapkohl and De La Fuente do not oppose the appointment of

PCRS as lead plaintiff and its selection of counsel.

Dated: April 11, 2016                                 Respectfully submitted,


                                                      /s/ Jeffrey C. Block
                                                      Jeffrey C. Block (BBO # 600747)
                                                      Joel A. Fleming (BBO # 685285)
                                                      Bradley Vettraino (BBO # 691834)
                                                      **BLOCK & LEVITON LLP**
                                                      155 Federal Street, Suite 400
                                                      Boston, MA 02110
                                                      Tel.: 617.398.5600
                                                      Fax: 617.507.6020
                                                      Jeff@blockesq.com
                                                      Joel@blockesq.com
                                                      Bradley@blockesq.com

                                                      Liaison Counsel for Plaintiffs

                                                      **THE ROSEN LAW FIRM, P.A.**
                                                      Phillip Kim, Esq.
                                                      Laurence M. Rosen, Esq.
                                                      275 Madison Avenue, 34th Floor
                                                      New York, New York 10016
                                                      Telephone: (212) 686-1060
                                                      Fax: (212) 202-3827
                                                      Email: pkim@rosenlegal.com
                                                      Email: lrosen@rosenlegal.com

                                                      Michael Goldberg, Esq.
                                                      **GOLDBERG LAW PC**
                                                      13650 Marina Pointe Dr. Suite 1404
                                                      Marina Del Rey, CA 90292
                                                      Phone: 1800-977-7401
                                                      Fax: 1800-536-0065

                                                      Counsel for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this on the 11th day of April, 2016, a true and correct copy of the foregoing **NOTICE OF NON OPPOSITION TO LEAD PLAINTIFF MOTION OF PLYMOUTH COUNTY RETIREMENT SYSTEM** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jeffrey C. Block