# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUESETTS

| | |
|---|---|
| JOSEPH HARRINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS, INC. GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Case No. 1:16-cv-10133<br><br><br><br><br>Complaint Filed: January 28, 2016 |
| DAN SCHLAPKOHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS, INC. GUY MACDONALD, JOHN CRAIG THOMPSON, and DAVID LUBNER,<br><br>Defendants. | Case No. 1:16-cv-10577<br><br><br><br><br>Complaint Filed: March 23, 2016 |

**NOTICE OF WITHDRAWAL OF MOTION OF DARYLL HANDELL FOR MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL</u>**

PLEASE TAKE NOTICE that lead plaintiff movant Daryll Handell hereby withdraws that branch of his motion which sought his appointment as Lead Plaintiff and approval of Lead Counsel. Movant Handell still supports consolidation of the two above-referenced actions.

This withdrawal shall have no effect upon Handell's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment or otherwise.

| | |
|---|---|
| Dated: April 29, 2016 | Respectfully submitted, |

**SMITH DUGGAN BUELL & RUFO LLP**

By: */s/ Christopher A. Duggan*
Christopher A. Duggan (BBO No. 544150)
99 Summer Street
Suite 1530
Boston, MA  02110-1248
Telephone: (617) 228-4444
Email: Chris.Duggan@SmithDuggan.com

*Proposed Liaison Counsel for the Class*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Movant Handell*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 29, 2016.

By: */s/ Christopher A. Duggan*
Christopher A. Duggan (BBO No. 544150)
